1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA V. LE,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD V. SPENCER, in his official capacity as Secretary of the Navy,<br><br>    Defendant. | No. 18-CV-1564-JGB-SP<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND FED. R. CIV. P. 8 AND TO STRIKE UNDER FED. R. CIV. P. 12(f)<br><br>Hearing Date:  November 5, 2018<br>Hearing Time:  9:00 a.m.<br>Location:        Courtroom 1<br>                    United States Courthouse<br>                    3470 Twelfth St.,<br>                    Riverside, CA 92501-3801<br><br>The Honorable Jesus G. Bernal<br>United States District Judge |

1  This Court, having duly considered the notice of motion and motion and supporting documentation of Richard Spencer, in his official capacity as Secretary of the Navy ("Defendant"), hereby ORDERS that plaintiff Christina Le's ("Plaintiff") Discrimination Complaint, filed on July 24, 2018, is dismissed without prejudice under Fed. R. Civ. P. 8.

In the amended complaint, the Court ORDERS that Plaintiff shall not allege claims against the Equal Employment Opportunity Commission ("EEOC"), its appellate division, the Office of Federal Operations ("OFO"), or their employees, because the Court lacks subject matter jurisdiction over such claims under Fed. R. Civ. P. 12(b)(1); 42 U.S.C. § 2000e-16; *Vinieratos v. U.S. Dep't of Air Force Through Aldridge*, 939 F.2d 762, 772 (9th Cir. 1991).  The Court also ORDERS that the amended complaint not contain allegations pertaining to the administrative process because they are immaterial and impertinent under Fed. R. Civ. P. 12(e).  Specifically, the Court ORDERS that Plaintiff not include in the amended complaint allegations contained in Complaint ¶¶ 12-14, 19-20, 38-62, 84, 91-106, and 136-162 relating to Plaintiff's allegations regarding the EEOC, the OFO, their employees, and the administrative process.

In the amended complaint, the Court ORDERS that Plaintiff shall not allege claims or events that she explicitly waived when she entered into a Settlement Agreement with Defendant on August 3, 2010.  The Court further ORDERS that the amended complaint not allege any breach of the settlement agreement because the Court lacks subject matter jurisdiction regarding alleged breaches of EEO settlement agreements.  Fed. R. Civ. P. 12(b)(1); *Munoz v. Mabus*, 630 F.3d 856, 862-63 (9th Cir. 2010).  Specifically, the Court ORDERS that Plaintiff not include in the amended complaint allegations contained in Complaint ¶¶ 6-7, 63-66, 70, 75, 109 relating to allegations that predate the settlement agreement, and otherwise relate to an alleged breach of the settlement agreement.

In the amended complaint, the Court ORDERS that Plaintiff not allege claims or events that have not been exhausted.  Fed. R. Civ. P. 12(b)(1); 42 U.S.C. § 2000e-16(c);

1 | *Brown v. General Servs. Admin.*, 425 U.S. 820, 832 (1976); *Greenlaw v. Garrett*, 59
2 | F.3d 994, 997 (9th Cir. 1995); *Sommatino v. United States*, 255 F.3d 704, 707-08 (9th
3 | Cir. 2001). Specifically, the Court ORDERS that Plaintiff not include in the amended
4 | complaint allegations contained in Complaint ¶¶ 80, 82, 124, 125, 129 relating to
5 | allegations that have not been exhausted.
6 |       Finally, the Court ORDERS that the Complaint be dismissed without prejudice
7 | under Fed. R. Civ. P. 8. *See Brazil v. U.S. Dep't of the Navy*, 66 F.3d 193, 199 (9th Cir.
8 | 1995) (even *pro se* pleadings "must meet some minimum threshold in providing a
9 | defendant notice of what it is that it allegedly did wrong"). Specifically, the Court
10 | ORDERS that Plaintiff clarify and comply with Rule 8(d)(1)'s instruction that "[e]ach
11 | allegation must be simple, concise, and direct" as to allegations contained in Complaint
12 | ¶¶ 70-74, 77-80, 82-85, 110-112.
13 | **IT IS SO ORDERED.**
14 |
15 | Date: _____, 2018   _____
16 |                                                      HONORABLE JESUS G. BERNAL
                                                     UNITED STATES DISTRICT JUDGE
17 | Respectfully submitted,
18 | NICOLA T. HANNA
   United States Attorney
19 | DAVID M. HARRIS
   Assistant United States Attorney
20 | Chief, Civil Division
   JOANNE S. OSINOFF
21 | Assistant United States Attorney
   Chief, General Civil Section
22 |
23 | */s/--Chung H. Han*
24 | JENNIFER R. JACOBS
   CHUNG H. HAN
25 | Assistant United States Attorneys
   Attorneys for Defendant