# PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **October 22, 2018** I served **DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND FED. R. CIV. P. 8 AND TO STRIKE UNDER FED. R. CIV. P. 12 (f); MEMORANDUM OF POINTS AND AUTHORITIES** on persons or entities named below by enclosing a copy in envelope with postage fully prepaid, and placing said envelope in the United States mail at Los Angeles, California. The envelope was addressed as shown below:

PERSON(S) AND/OR ENTITIES TO WHOM MAILED:

**Christina V. Le**
6823 Deerwood Drive
Riverside, CA 92506

PRO SE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: **October 22, 2018**, Los Angeles, California.

                                          /s/ *Steven P. Stassi*
                                          Steven P. Stassi
                                          Legal Assistant