| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA V. LE, | No. 5:18-CV-1564-JGB-SP |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 8(a) |
| RICHARD V. SPENCER, in his official capacity as Secretary of the Navy, | Hearing Date: January 7, 2019<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 1<br>United States Courthouse<br>3470 Twelfth St.,<br>Riverside, CA 92501-3801 |
| Defendant. | The Honorable Jesus G. Bernal<br>United States District Judge |

1  This Court, having duly considered the notice of motion and motion of Richard
2  Spencer, in his official capacity as Secretary of the Navy ("Secretary"), to dismiss
3  plaintiff Christina Le's ("Plaintiff") First Amended Complaint ("FAC"), filed on
4  November 19, 2018, hereby GRANTS the motion.

The Court ORDERS that the following claims and allegations are dismissed with prejudice under Federal Rule of Civil Procedure 12(b)(1):

- Plaintiff's allegations against the Equal Employment Opportunity Commission ("EEOC") and the EEOC appellate division, Office of Federal Operations, their employees, and the administrative process as found in FAC ¶¶ 18-27, 102-122, pursuant to Ward v. EEOC, 719 F.2d 311, 313 (9th Cir. 1983);

- Plaintiff's allegations against the Secretary of a constitutional violation as found in FAC ¶ 97, pursuant to Brown v. General Servs. Admin., 425 U.S. 820, 832 (1976);

- Plaintiff's allegations of events that have not been administratively exhausted as found in FAC ¶¶ 6-7, pursuant to Brown, 425 U.S. at 832; Vinieratos v. U.S., Dep't of Air Force, 939 F.2d 762, 768-69 (9th Cir. 1991); 42 U.S.C. § 2000e–16(c); and

- Plaintiff's allegations against the Secretary of an alleged breach of the August 3, 2010, settlement agreement as found in FAC ¶ 43, pursuant to Munoz v. Mabus, 630 F.3d 856, 862-63 (9th Cir. 2010).

Plaintiff is ORDERED not to allege in form or substance any of the claims or allegations contained in the above-referenced paragraphs in the Second Amended Complaint.

The Court further ORDERS that the claims and allegations contained in the remainder of the FAC not identified above are dismissed without prejudice. In the Second Amended Complaint, the Court ORDERS Plaintiff to present her allegations in chronological order. Plaintiff is further ORDERED to abide by Federal Rule of Civil Procedure 8(a)(2) to present "clear and concise averments stating which defendants are liable to plaintiffs for which wrongs, based on the evidence." McHenry v. Renne, 84

1

F.3d 1172, 1178 (9th Cir. 1996). Plaintiff shall refrain from inserting argument into the Second Amended Complaint. Id.

**IT IS SO ORDERED.**

Date: _____, 2019    _____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/--Chung H. Han*

JENNIFER R. JACOBS
CHUNG H. HAN
Assistant United States Attorneys
Attorneys for Defendant
RICHARD V. SPENCER, in his official capacity as Secretary of the Navy