# PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **December 3, 2018** I served **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 8(a); MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b) AND 8(a)** on persons or entities named below by enclosing a copy in envelope with postage fully prepaid, and placing said envelope in the United States mail at Los Angeles, California. The envelope was addressed as shown below:

PERSON(S) AND/OR ENTITIES TO WHOM MAILED:

**Christina V. Le**
6823 Deerwood Drive
Riverside, CA 92506

PRO SE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: **December 3, 2018**, Los Angeles, California.

                                               /s/ *Steven P. Stassi*
                                               Steven P. Stassi
                                               Legal Assistant