Name: Christina V. Le

Address: 6823 Deerwood Drive

Riverside, CA 92506

Phone Number: 951-756-7034

E-mail Address: chrisvnac@yahoo.com

*Pro Se*

[a's'd (proposed)]
FILED order

2018 DEC 17 AM 11: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA V. LE,

PLAINTIFF(S)

v.

RICHARD V. SPENCER,
Secretary of the Navy,

DEFENDANT(S)

CASE NUMBER

5:18-cv-01564-JGB(SPx)

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the (Plaintiff/Defendant) ___Plaintiff___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: December 17, 2018        Signature: Christina Le

**Application for Electronic Filing - Case No. 5:18-cv-01564-JGB(SPx)**   Tuesday, October 16, 2018 9:38 AM

From: "Chris Le" <chrisvnac@yahoo.com>

To: Maynor_Galvez@cacd.UScourts.gov

**1 Files**   868KB
**PDF**   868KB

Applicatio
n-CM-
ECF-7-24-

Save

Mr. Maynor Galvez, Courtroom Deputy Clerk
Tel: 951-328-2254
Email: Maynor_Galvez@cacd.UScourts.gov

Ref: Christina V. Le vs. Richard V. Spencer, Case No. 5:18-cv-01564-JGB(SPx)
Application for Electronic Filing

Dear Mr. Galvez,

I have applied for electronic filing (CM/ECF) on July 24, 2018 when I filed my Complaint. See enclosure.
Originally the case was assigned to Judge Fernando M. Olguin then was transferred to Judge Jesus G. Bernal on August 8, 2018.

On October 12, 2018, I called your office and left a message inquiring why there has been more than 2 months and I have not received any response. Please inform the status of the mentioned application.

Sincerely,

Christina Le
Tel: 951-756-7034
Email: Chrisvnac@yahoo.com