**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On December 21, 2018, I served the foregoing **REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P.12(b)(1) AND 8(a); MEMORANDUM OF POINTS AND AUTHORITIES** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

Date of mailing: December 21, 2018. Place of mailing: Los Angeles, California. Person(s) and/or Entity(ies) to Whom mailed:

Christina V. Le
6823 Deerwood Dr
Riverside, CA 92506

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 21, 2018, at Los Angeles, California.

RICHARD CHILDRESS