NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER R. JACOBS (Cal. Bar No. 157609)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167
    Facsimile: (213) 894-7819
    E-mail: Jennifer.Jacobs3@usdoj.gov

Attorneys for Defendant Richard V. Spencer,
Secretary of the Navy

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA V. LE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD V. SPENCER, in his official capacity as Secretary of the Navy,<br><br>    Defendant. | No. 5:18-CV-1564-JGB-SP<br><br>**FEDERAL DEFENDANT'S *EX PARTE* APPLICATION FOR A STAY OF THE ENTIRE CASE AND A CONTINUANCE OF THE HEARING OF HIS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT DUE TO THE LAPSE OF APPROPRIATIONS; DECLARATION OF DAVID M. HARRIS**<br><br>**[Local Rule 7-19]**<br><br>[Proposed order is filed herewith.]<br><br>Honorable Jesus G. Bernal,<br>United States District Judge |

Undersigned counsel, on behalf of Richard V. Spencer, in his official capacity as Secretary of the Navy ("Federal Defendant"), applies *ex parte* for an order staying the entire case due to the to the lapse of appropriations and a continuance of the hearing set for **January 7, 2019** on the Federal Defendant's motion to dismiss Plaintiff's First Amended Complaint.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("Department"), of which the U.S. Attorney's Office is a component, expired; the expiration resulted in a lapse of appropriations to the Department. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. A cursory review of the file indicates that a hearing is scheduled for January 7, 2019 on the Federal Defendant's motion to dismiss Plaintiff's First Amended Complaint ("Motion"). See Docket No. 25. The Motion is fully briefed. See Docket Nos. 27 (Opposition) and 29 (Reply).

4. Undersigned counsel for the Department of Justice requests a stay of the entire case and a continuance of the hearing on the Federal Defendant's motion to dismiss Plaintiff's First Amended Complaint until Congress has restored appropriations to the Department.

5. Pursuant to Local Rule 7-19.1, notice of this *Ex Parte* Application was given to *pro per* plaintiff Christina Le by email on December 26, 2018 (Ms. Le previously requested defense counsel to communicate with her only via email). As of the time of the filing of this application, Ms. Lee had not responded regarding whether she opposes or does not oppose the Federal Defendant's *Ex Parte* Application.

Therefore, although the United States greatly regrets any disruption caused to the Court and the other litigants, the Federal Defendant hereby moves for a stay of the entire case and a continuance of the hearing on its Motion due to the lapse in appropriations until Department attorneys are permitted to resume their usual civil litigation functions.

Dated:  December 26, 2018                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


  /s/
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendant

## DECLARATION OF DAVID M. HARRIS

I, David M. Harris, declare:

1. I am an Assistant United States Attorney and the Chief of the Civil Division of the United States Attorney's Office.

2. I am informed and believe that AUSA Jennifer R. Jacobs notified *pro per* plaintiff Christina Le of this ex parte application by email.

3. I am informed by AUSA Jennifer R. Jacobs and believe that as of the time of the filing of this application, *pro per* plaintiff Christina Le had not responded to Ms. Jacobs' email or voicemail regarding whether she opposes or does not oppose Defendant's ex parte application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of December at Los Angeles, California.

/s/
David M. Harris