UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA LE,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD V. SPENCER, in his official capacity as Secretary of the Navy,<br><br>          Defendant. | No. 5:18-CV-1564 JGB (SPx)<br><br>**ORDER STAYING THE CASE AND CONTINUING THE SCHEDULING CONFERENCE DUE TO THE LAPSE OF APPROPRIATIONS**<br><br>Honorable James V. Selna,<br>United States District Judge |

The Court, having considered Defendant's *ex parte* application for a stay of the entire case and a continuance of the hearing on the Federal Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") due to the lapse of appropriations to the Department of Justice ("Department"), and good cause appearing therefor, hereby ORDERS that, due to the lapse in appropriations, this action is hereby stayed until funding for the Department is restored. The hearing on Defendant's

1 Motion, which is fully briefed and currently set for hearing on January 7, 2019, is continued to _____.

Dated: December 26, 2018

                               HONORABLE JAMES V. SELNA
                               UNITED STATES DISTRICT JUDGE

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

    /s/
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendant
United States of America

2