LODGED

2018 DEC 17 AM 11:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED
CLERK, U.S. DISTRICT COURT

DEC 31 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA V. LE,

PLAINTIFF(S)

v.

RICHARD V. SPENCER,
Secretary of the Navy,

DEFENDANT(S)

CASE NUMBER

5:18-CV-01564-JGB(SPx)

ORDER RE APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING

IT IS ORDERED that the Application for Permission for Electronic Filing by  CHRISTINA V. LE

_____ is hereby:

☒ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: December 31, 2018

_____
United States District/Magistrate Judge

☐ DENIED

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)          ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING