Christina V. Le
chrisvnac@yahoo.com
6823 Deerwood Drive
Riverside, CA 92506
951-756-7034
Plaintiff in Pro Per

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER R. JACOBS (Cal. Bar No. 157609)
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167 (Jacobs)/x0474 (Han)
    Facsimile: (213) 894-7819
    E-mail: Jennifer.Jacobs3@usdoj.gov/Chung.Han@usdoj.gov

Attorneys for Defendant
Richard V. Spencer, Secretary of the Navy

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA V. LE,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD V. SPENCER, in his official capacity as Secretary of the Navy,<br><br>    Defendants. | Case No. 5:18-cv-01564-JGB-SP<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FROM MARCH 4, 2019 TO MARCH 11, 2019<br><br>[Proposed Order lodged concurrently herewith]<br><br>Current Hearing Date: March 4, 2019<br>Proposed Hearing Date: March 11, 2019<br><br>The Honorable Jesus G. Bernal<br>United States District Judge |

Christina Le ("Plaintiff") and Richard Spencer, in his official capacity as Secretary of the Navy ("Defendant") (collectively, the "parties") hereby stipulate to continue the hearing on Defendant's motion to dismiss by one week, from March 4, 2019, to March 11, 2019, on the request of Defendant's counsel for the reasons stated herein. The parties stipulate as to the following:

1. On December 3, 2018, Defendant moved to dismiss certain portions of Plaintiff's First Amended Complaint, with hearing set for January 7, 2019. Dkt. No. 25.

2. Plaintiff opposed the motion on December 17, 2018. Dkt. No. 27.

3. Defendant filed a reply on December 21, 2018. Dkt. No. 29.

4. On December 26, 2018, defense counsel filed an *ex parte* application to stay the case pending restoration of funding to the Department of Justice. Dkt. No. 30.

5. On December 27, 2018, the Court granted the *ex parte* application and continued the hearing on Defendant's motion to January 28, 2019. Dkt. No. 32.

6. The parties appeared for hearing on January 28, 2019, but the case inadvertently had not been placed on the Court's calendar. The Court *sua sponte* continued the hearing to February 11, 2019. Dkt. No. 34.

7. Defense counsel had a conflict with the February 11, 2019, hearing date and requested that the hearing be continued to March 4, 2019, which the Court approved. Dkt. No. 35.

8. Unfortunately, defense counsel now have a conflict with the March 4, 2019, date. Assistant U.S. Attorney ("AUSA") Jennifer Jacobs has a hearing in Santa Ana at 11:00 a.m. on March 4, 2019, before Judge Selna. AUSA Chung Han had an unforeseen family conflict requiring her to be out of town on March 4, 2019.

9. Based on the above, defense counsel requested that Plaintiff stipulate to continue the hearing to March 11, 2019. Plaintiff agreed to the continuance, provided that Defendant would not submit any additional filings. Defendant does not intend to file any additional documents since briefing on Defendant's motion is completed as stated above. *See* ¶¶ 1-3 *supra*.

///

10. Defendant promises that he will not ask for any other extensions of the hearing date.

For good cause shown, the parties respectfully request that the Court approve this stipulation, and continue the hearing on Defendant's motion to dismiss from March 4, 2019, at 9:00 a.m. to March 11, 2019, at 9:00 a.m.

Dated: February 21, 2019

/s/ *Christina Le*

CHRISTINA V. LE
Plaintiff

Dated: February 21, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Chung H. Han*
JENNIFER R. JACOBS
CHUNG H. HAN
Assistant United States Attorney
Attorneys for Defendant Richard V. Spencer,
Secretary of the Navy