1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA V. LE, | Case No. 5:18-cv-01564-JGB-SP |
| Plaintiff, | [PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FROM MARCH 4, 2019 TO MARCH 11, 2019 |
| v. | |
| RICHARD V. SPENCER, in his official capacity as Secretary of the Navy, | |
| Defendant. | The Honorable Jesus G. Bernal United States District Judge |

The Court, having considered the parties' stipulation to continue hearing on Defendant's motion to dismiss from March 4, 2019, to March 11, 2019, and for good cause shown, hereby approves the stipulation.

IT IS HEREBY ORDERED THAT the hearing on Defendant's motion to dismiss shall be continued to March 11, 2019, at 9:00 a.m.

Date: _____, 2019    _____
                                        HONORABLE JESUS G. BERNAL
                                        UNITED STATES DISTRICT JUDGE