Christina V. Le
chrisvnac@yahoo.com
6823 Deerwood Drive
Riverside, CA 92506
951-756-7034
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA V. LE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD V. SPENCER,<br>Secretary of the Navy,<br><br>　　　　Defendant. | Case No.: 5:18-cv-01564-JGB-SP<br><br>**NOTICE OF INTENT**<br>**NOT TO FILE SECOND**<br>**AMENDED COMPLAINT**<br><br>Hon.  Jesus G. Bernal |

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff Christina V. Le currently does not intend to file a Second Amended Complaint in this action, but will stand upon the existing pleading (First Amended Complaint) and appeal the Court's February 27, 2019 Order to the Court of Appeals for the Ninth Circuit. To that end, Plaintiff respectfully requests that a final Judgment of Dismissal be entered in this action, pursuant to the Court February 27 Order.

Dated: March 10, 2019

                                                 /s/ Christina Le

                                                 Christina V. Le

                                                 Plaintiff in pro per