| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 20 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHRISTINA V. LE,

       Plaintiff-Appellant,

 v.

RICHARD V. SPENCER, Secretary of the Navy,

       Defendant-Appellee.

No. 19-55265

D.C. No. 5:18-cv-01564-JGB-SP
Central District of California, Riverside

ORDER

Before: SILVERMAN, TALLMAN, and MURGUIA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se