UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-1564 JGB (SPx) | Date | April 24, 2019 |
| Title | *Cristine V. Le v. Richard V. Spencer* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DISMISSING Plaintiff's First Amended Complaint WITHOUT Leave to Amend (IN CHAMBERS)**

On November 19, 2018, Plaintiff filed a First Amended Complaint. ("FAC," Dkt. No. 22.) On February 27, 2018, the Court granted Defendant's motion to dismiss the FAC and dismissed the FAC in its entirety. ("Order," Dkt. No. 37.) The Court granted Plaintiff leave to amend certain claims, with the provision that any amended complaint be filed before March 25, 2019. (Id. at 6.) On March 10, 2019, Plaintiff filed a notice of intent not to file a second amended complaint and requested that final judgment be entered in this action. (Dkt. No. 41.) As of the date of the entry of this order, Plaintiff has not filed an amended complaint.

A district court may dismiss an action without leave to amend when a plaintiff has failed to file an amended complaint within the allotted time period. See Am. W. Door & Trim v. Arch Specialty Ins. Co., 2015 WL 13048440, at *1 (C.D. Cal. Apr. 15, 2015)

The Court therefore dismisses this action WITHOUT leave to amend. Final judgment will be entered in this matter following the entry of this order. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**