JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Christina V. Le, <br><br> Plaintiff, <br><br> v. <br><br> Richard V. Spencer <br><br> Defendant. | Case No. EDCV 18-1564-JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: April 24, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge